IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS OELSCHLAGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3040 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I have conferred with counsel, and we are in agreement that it is appropriate to issue a streamlined "Final Progression Order." Accordingly,

IT IS ORDERED that the following final progression order is entered:

1. Trial is set to commence on January 18, 2010, for no more than four trial days. This case is set as the number one civil case, but it is subject to the prior trial of criminal cases.

2. The pretrial conference will be held in my chambers on December 8, 2009, at 12:00 noon. Counsel shall provide the undersigned with a draft pretrial conference order at this pretrial conference.

3. Motions in limine are due by December 7, 2009.

4. The discovery and deposition deadline is October 15, 2009.

5. The deadline for motions to compel discovery is September 15, 2009.

6. The deadline for disclosure of experts is: (a) for the plaintiff, August 17, 2009 and (b) for the defendant, September 14, 2009.

7.  The deadline for filing motions to dismiss or for summary judgment is October 15, 2009.

May 27, 2009.                          BY THE COURT:
                                       *s/Richard G. Kopf*
                                       United States District Judge