IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS OELSCHLAGER, ) | Case No.: 4:09-CV-3040 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BNSF RAILWAY COMPANY, A ) | |
| Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER COMES BEFORE this Court on Plaintiff's Unopposed Motion for Twenty-One (21) Day Extension of Time for Both Plaintiff and Defendant to Provide Expert Reports. The Court has considered this subject Motion, the grounds states for such Motion, and believes itself fully advised.

IT IS THEREFORE ORDERED that Plaintiff's Motion (filing 15) is hereby granted and that expert reports of Plaintiff and Defendant shall be due, respectively, on September 7, 2009 and October 5, 2009.

DATED THIS 17th day of August, 2009.

*Richard G. Kopf*
United States District Judge